UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER, McCAY, P.A.
BRIAN E. CAINE
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey 08054
(856-810-5815)
Attorney for Secured Creditor, MTGLQ Investors, LP,
its successors and/or assigns

Order Filed on July 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Frank F Kawase

Case No. 18-13099-CMG

Hearing: July 18, 2018

Judge: Gravelle

## ORDER RESOLVING MTGLQ INVESTORS, LP'S
## OBJECTION TO CONFIRMATION OF PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 23, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Frank F Kawase
Case No:  18-13099-CMG
Caption of Order:  Order Resolving MTGLQ Investors, LP's Objection to Confirmation of Plan

---

Upon consideration of MTGLQ Investors, LP's ("Secured Creditor") objection to confirmation of the Chapter 13 plan (at docket number 20), and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. As it relates to the Secured Creditor's mortgage on the debtor's primary residence located at 38 Benford Drive, Princeton Jct NJ 08550, the Debtor shall have until October 1, 2018 to either obtain a trial mortgage modification and/or a permanent loan modification.

2. If the Debtor should default in accordance with the terms of this stipulation, then upon certification of default in accordance herewith submitted by Secured Creditor's counsel, and under the timeframe providing for any opposition filed under LBR 4001-1(b)(2), the Court shall enter a General Relief Order, vacating the automatic stay of 11 *U.S.C.* §362(a) with respect to the realty commonly known as 38 Benford Drive, Princeton Jct NJ 08550.  The Order submitted to the Court will not require the consent of the Debtor or the Debtor's counsel regarding form or substance, however, the Trustee, Debtor and their counsel shall be given notice of any filing of a certification of non-receipt in accordance with the Local Rules of Bankruptcy Procedure.

3. This stipulation shall not impair the rights of the Debtor under the loss mitigation guidelines to apply for an extension of loss mitigation (if applicable).

4. Secured creditor shall serve a copy of the executed order on all interested parties who have not yet been served electronically by the Court.